### LUDLOW.

A member, who had been convicted of forgery, and sentenced to pay a fine therefor,
ten years previous to his election, but had not been pardoned, or procured a reversal
of the judgment, was excluded from his seat.

THE committee on elections, who were directed to consider
the return from Ludlow,[2] reported, that at the supreme judicial
court, held at Northampton, in April, 1791, Elisha Fuller, of
Ludlow, trader, was indicted for forging a certificate, purport-
ing to be a certificate, signed by two of the selectmen of that
town, whereby they recommended the said Fuller, as a person
of sober life and conversation, and well qualified for the busi-
ness of a retailer of spirituous liquors, and for offering and
publishing the same, at a court of general sessions of the
peace, held at Northampton, in September, 1790, as a true
and genuine certificate, in order to obtain a license for retail-
ing; and that at the supreme judicial court held at Northamp-
ton, in the month of May following, the said Fuller, upon a
legal trial, was found guilty of the charges in the said indict-
ment, and sentenced to pay a fine of thirty pounds and costs;
that said Fuller is the same person, who is returned a member
from the town of Ludlow; and that the said sentence remains
unreversed, and in no wise quashed or set aside, and said
offence in no wise forgiven or pardoned.

It was therefore voted, that Elisha Fuller, the member returned from Ludlow, should be excluded from a seat.[1]

[1] 21 J. H. 57, 58.